164 So. 112

### Pres HARDWICK et al. v. STATE.

**6 Div. 835.**

Supreme Court of Alabama.

Oct. 31, 1935.

J. L. Busby, Walter S. Smith, and Walter S. Smith, Jr., all of Birmingham, for petitioners.

A. A. Carmichael, Atty. Gen., Jas. L. Screws, Asst. Atty. Gen., and George Ross, of Bessemer, for the State.

BOULDIN, Justice.

Petition of Pres Hardwick, Jim Oswald, R. J. Tate, and C. R. Williams for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hardwick et al. v. State, 26 Ala. App. 536, 164 So. 107.

Writ denied.

GARDNER, FOSTER, and KNIGHT, JJ., concur.